# Court of Appeals
# of the State of Georgia

ATLANTA, January 07, 2026

*The Court of Appeals hereby passes the following order:*

### A26A0915. NATALIE JONES v. JACOBIUM HOLLIMAN.

Following an adverse ruling in magistrate court, plaintiff Natalie Jones appealed to the state court. The state court ruled in favor of Jones and entered judgment in the amount of $1.00, plus court costs. Jones filed a notice of appeal from that judgment. We lack jurisdiction for two reasons.

First, appeals from a state court's review of a magistrate court's decision must be brought by discretionary application. OCGA § 5-6-35(a)(11), (b); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Secondly, appeals in actions for damages in which the judgment is $10,000 or less also must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998); see generally *Harpagon Co., LLC v. Davis*, 283 Ga. 410, 412 (658 SE2d 633) (2008). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Jones's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*   01/07/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*